# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOSHUA JORDAN,

Appellant,

v.

STATE OF WASHINGTON,

Appellee.

No. 2D2025-3058

———————————————

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Paul Huey, Judge.

Joshua Jordan, pro se.

Ceci Culpepper Berman and Alison E. Preston of Brannock Berman Seider, Tampa; Luis Martinez-Monfort and Amanda M. Uliano of Martinez-Monfort P.A., Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.